IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
OLIN GRIMSLEY,                  )
                                )
    Plaintiff,                  )
                                )
        v.                      )    CIVIL ACTION NO.
                                )     1:04cv609-MHT
                                )         [WO]
DOUGLAS A. VALESKA,             )
et al.,                         )
                                )
    Defendants.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 6th day of April, 2006.

　　　　　　　　　　　　　　　　/s/  Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE